IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mark Alloy, | NO. C 03-02244 JW |
|     Plaintiff(s), | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| McLaughlin Piven Vogel Securities Inc, | |
|     Defendant(s). | |

    Based upon the Updated Joint Status Report dated November 7, 2005, the Court sets a status conference for June 26, 2006 at 10:00 a.m. The parties shall file another Updated Joint Status Report no later than June 14, 2006.

Dated: November 15, 2005

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Michael Kandel BRIAN.KANDEL@BOOKANDBOOK.COM
Jeremy Sugerman sugerman@gkhs.com
Kevin J. Holl holl@gkhs.com

**Dated: November 15, 2005**     **Richard W. Wieking, Clerk**

**By:** **/s/JW Chambers**
      **Ronald L. Davis**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California