**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mark Alloy, | NO. C 03-02244 JW |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| McLaughlin, Piven, Vogel Securities Inc., and Does 1 through 1000, inclusive, | |
| Defendants. | |

On November 15, 2005, the Court set a status conference in the above entitled matter for June 26, 2006. In light of the parties' joint status report filed on June 15, 2006, the Court hereby continues the status conference to December 11, 2006, at 10:00 a.m. The parties shall submit an updated joint status report on or before December 1, 2006.

Dated: June 21, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Michael Kandel BRIAN.KANDEL@BOOKANDBOOK.COM
Jeremy Sugerman sugerman@gkhs.com
Kevin J. Holl holl@gkhs.com

**Dated: June 21, 2006**                                           **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                  **Melissa Peralta**
                                                  **Courtroom Deputy**

United States District Court
For the Northern District of California