**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10   Mark Alloy,                          NO. C 03-02244 JW

11            Plaintiff,              **ORDER CONTINUING STATUS**
                                      **CONFERENCE**
       v.
12
     McLaughlin, Piven, Vogel Securities, Inc.,
13
            Defendant.
14   _____/

15        A status conference in the above entitled matter was scheduled for December 11, 2006.  In

16   light of the parties' joint status report filed on December 1, 2006, which indicates that the parties

17   have completed binding arbitration and are finalizing the details of the arbitration award, the Court

18   continues the status conference to **Monday, February 12, 2007 at 10 AM**.  The parties shall submit

19   an updated joint status report on or before February 2, 2007.

20
21   Dated:  December 6, 2006
                                      _____
22                                    JAMES WARE
                                      United States District Judge
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Michael Kandel BRIAN.KANDEL@BOOKANDBOOK.COM
Jeremy Sugerman sugerman@gkhs.com
Kevin J. Holl holl@gkhs.com

**Dated:  December 6, 2006**                    **Richard W. Wieking, Clerk**


                                               **By:   /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**