1  Kevin J. Holl, Esq., SBN 124830
2  Jeremy Sugerman, Esq., SBN 146315
   **GORDON-CREED, KELLEY,**
3  **HOLL & SUGERMAN, LLP**
   222 Kearny Street, Suite 650
4  San Francisco, California 94108
   Telephone: (415) 421-3100
5  Facsimile: (415) 421-3150

6
   Attorneys for Defendant
7  McLAUGHLIN, PIVEN, VOGEL SECURITIES, INC.

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | MARK ALLOY,                          ) Case No.: C03-2244 JW
                                         )
13 |         Plaintiff,                   ) **STIPULATION OF DISMISSAL WITH**
           vs.                           ) **PREJUDICE OF PLAINTIFF'S COMPLAINT**
14                                        )
15 | McLAUGHLIN, PIVEN, VOGEL SECURITIES, )
   | INC., and DOES 1 THROUGH 1000, inclusive, )
16                                        )
           Defendants.                   )
17 |_____)

18
         Plaintiff MARK ALLOY and defendant McLAUGHLIN, PIVEN, VOGEL SECURITIES, INC.
19
   hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) that MARK ALLOY
20
   dismisses with prejudice his Complaint filed in this action on April 2, 2003.
21

22 Dated: March 21, 2007                      BOOK & BOOK, LLP
23
24
                                              By /s/ Brian Kandel
25                                               Brian Kandel
                                                 Attorneys for Plaintiff MARK ALLOY
26

27 ///

28

1  Dated: March 21, 2007                    GORDON-CREED, KELLEY,
                                            HOLL & SUGERMAN, LLP

                                    By:    _____
                                            Kevin J. Holl
                                            Attorneys for Defendant McLAUGHLIN, PIVEN,
                                            VOGEL SECURITIES, INC..


**IT IS SO ORDERED.**


Dated: 03/29/2007                           _____
                                            Honorable James Ware
                                            United States District Court Judge